KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ADRIANO HRVATIN
Deputy Attorney General
State Bar No. 220909
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1672
  Fax: (415) 703-5843
  E-mail: Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*
*Hedgpeth, Hedrick, and Spencer*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL AGER, Individually and as Successor in Interest to the Estate of Alan Ager, KATHRYN AGER and ELIZABETH AGER,<br><br>                    Plaintiffs,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>                    Defendants. | C 11-6642 EJD<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br><br>Judge: The Honorable Edward J. Davila<br>Action Filed: December 23, 2011 |

      Pursuant to Local Rules 6-2(a) and 7-12 of the Northern District's Civil Local Rules, Plaintiffs Daniel Ager, individually and as successor in interest to the Estate of Alan Ager, Kathryn Ager, and Elizabeth Ager (Plaintiffs) and Defendants Hedgpeth, Hedrick, and Spencer (Defendants), through their attorneys, respectfully stipulate, subject to the Court's consideration and approval, as follows:

      1.    On April 11, 2012, Defendants filed a motion to dismiss Plaintiffs' complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Nos. 17-19.) The motion is noticed to be heard at 9:00 a.m. on September 14, 2012. (Docket No. 17.)

1

2. In connection with Defendants' motion, and in accordance with Local Rule 7-3, the Notice of Electronic Filing generated automatically by the Court's ECF system provides that Plaintiffs' opposition to the motion is due April 25, 2012 and that Defendants' reply brief is due May 2, 2012. (*Id.*)

3. An initial case management conference is scheduled to take place in this matter at 10:00 a.m. on June 8, 2012. (Docket No. 15.)

4. On April 11, 2012, counsel for Plaintiffs and Defendants met and conferred regarding a proposed extension to the current briefing schedule and to advance the hearing on Defendants' motion to dismiss. Counsel identified the following issues to support a modification to the current schedule. *First*, Plaintiffs' counsel begins a two-week trial on April 16, 2012 that will prevent him from opposing Defendants' motion to dismiss by the current April 25 deadline. *Second*, counsel agree that, given the threshold nature of the issues raised by Defendants' motion, the litigation of this matter would benefit substantially from a hearing and ruling on Defendants' motion well in advance of the currently noticed September 14 hearing date.

5. To address these issues, counsel agreed and propose to modify the briefing and hearing schedule on Defendants' motion as follows:

| | |
|---|---|
| Plaintiffs' opposition due: | May 18, 2012 |
| Defendants' reply due: | June 1, 2012 |
| Hearing on Defendants' motion: | June 15, 2012 at 10:00 a.m. |

6. Moreover, to preserve the resources of the Court and the parties, counsel agreed and propose that the initial case management conference be continued one week from June 8, 2012 to June 15, 2012 at 10:00 a.m., which would coordinate the conference with the proposed modified hearing date on Defendants' motion to dismiss.

7. This agreed-upon extension of the briefing schedule and modification to the hearing date on Defendants' motion, as well as the date of the initial case management conference, is not submitted for purpose of delay. It instead attempts to provide a reasonable accommodation of the deadlines impacted by Plaintiffs' counsel's trial schedule as well as to focus any further litigation of this matter, in light of the issues raised by Defendants' motion to dismiss. For example, the

2

Stip. & [Proposed] Order Modifying Sched. (C 11-6642 EJD)

1  motion challenges whether Plaintiffs have standing to pursue certain claims on behalf of their
2  deceased father and separately challenges whether Plaintiffs have pleaded sufficient facts to state
3  various claims for relief.

4    8. The proposed changes to the current schedule further promote judicial efficiency and
5  economy as it will provide both parties with a more complete and fair opportunity to establish a
6  record that sufficiently addresses the various issues raised by Defendants' motion. Moreover, the
7  proposed changes will coordinate the hearing on Defendants' motion with counsels' appearance
8  for the initial case management conference and thereby avoid multiple appearances. In this
9  connection, the parties agree that the proposed changes to the current schedule will not cause
10 prejudice to either party.

11 **IT IS SO STIPULATED.**

12 Dated: April 17, 2012                  Respectfully Submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          WILLIAM C. KWONG
                                          Supervising Deputy Attorney General

                                          _____
                                          ADRIANO HRVATIN
                                          Deputy Attorney General
                                          *Attorneys for Defendants*

19 Dated: April 13, 2012                  JOHN HOUSTON SCOTT
                                          LIZABETH N. DE VRIES
                                          W. GORDON KAUPP
                                          SCOTT LAW FIRM

                                          _____
                                          JOHN HOUSTON SCOTT
                                          *Attorneys for Plaintiffs*

Stip. & [Proposed] Order Modifying Sched. (C 11-6642 EJD)

[PROPOSED] ORDER

The court advances the hearing on Defendant's Motion to Dismiss (Docket Item No. 17) to **July 6, 2012, at 9:00 a.m.**  The Case Management Conference is continued to **July 6, 2012, at 10:00 a.m.**  The parties shall file a Joint Case Management Conference Statement on or before June 29, 2012.  The briefing schedule is modified as stipulated.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_____
The Honorable Edward J. Davila
United States District Court Judge

Stip. & [Proposed] Order Modifying Sched. (C 11-6642 EJD)