*E-FILED: October 26, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL AGER, individually and as Successor in Interest to THE ESTATE OF ALAN AGER, KATHRYN AGER and ELIZABETH AGER,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY HEDGEPETH, et al.,<br><br>Defendants. | No. C11-06642 EJD (PSG)<br><br>**ORDER DENYING REQUEST TO VACATE SETTLEMENT CONFERENCE** |

The parties having been ordered to participate in a settlement conference with this court no later than December 1, 2012 (Dkt. No. 33), defendants' request to vacate the settlement conference set for November 2, 2012 is denied without prejudice.

To the extent the parties have case management or scheduling issues they wish to discuss, those matters should be raised with Judge Davila.

Additionally, this matter has been referred to the undersigned solely for the purpose of conducting a settlement conference. Any discovery disputes must be brought before Magistrate Judge Grewal.

SO ORDERED.

Dated: October 26, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-06642-EJD Notice has been electronically mailed to:

Adriano Hrvatin   adriano.hrvatin@doj.ca.gov, docketingSFCLS@doj.ca.gov, francis.triplitt@doj.ca.gov

John Houston Scott   john@scottlawfirm.net, gordon@scottlawfirm.net, liza@scottlawfirm.net, sherry@scottlawfirm.net

Lizabeth N. de Vries   liza@scottlawfirm.net

Randolph Elliott Daar   rdaar@pier5law.com

W. Gordon Kaupp   gordon@scottlawfirm.net, gordonk@hotmail.com