| | |
|---|---|
| 1 | John Houston Scott (SBN 72578) |
| | Lizabeth N. De Vries (SBN 227215) |
| 2 | **SCOTT LAW FIRM** |
| | 1388 Sutter Street, Suite 715 |
| 3 | San Francisco, California 94109 |
| | Telephone:  (415) 561-9600 |
| 4 | Facsimile:   (415) 561-9609 |
| | john@scottlawfirm.net |
| 5 | liza@scottlawfirm.net |
| 6 | |
| 7 | RANDOLPH DAAR (SBN 88195) |
| | **PIER 5 LAW OFFICES** |
| 8 | 506 Broadway Street |
| | San Francisco, CA  94133 |
| 9 | Telephone: (415) 986-5591 |
| | Facsimile: (415) 421-1331 |
| 10 | radar@pier5law.com |
| 11 | Attorneys for the Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DANIEL AGER, Individually and as a Successor in Interest to the ESTATE OF ALAN AGER, KATHRYN AGER and ELIZABETH AGER, | Case No.:  C 11 6642 EJD |
| Plaintiffs, | [~~XXXXXXX~~][PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ORDER SHORTENING TIME FOR HEARING OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| ANTHONY HEDGEPATH, B. HENDRICK, D. SPENCER, and DOES 1-20, inclusive, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ORDER
SHORTENING TIME FOR HEARING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER

1     Having considered Plaintiffs' Request for an Order Shortening Time for Hearing of

2 Plaintiffs' Motion to Modify Scheduling Order, there being no opposition to the request, and for

3 good cause shown:

4     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows: Plaintiffs'

5 Request for an Order Shortening Time is **GRANTED**.

6     The hearing on Plaintiffs' Motion to Modify Scheduling Order shall be held on

7 __March 15__, 2013 at __10:00__ a.m. in Courtroom 4, 5th Floor of the United States

8 Courthouse, located at 280 South 1st Street, San Jose, California. Plaintiffs have already served

9 and filed moving papers. Defendants' opposition, if any, shall be filed and served by no later than

10 __March 8__, 2013. Plaintiffs' reply, if any, shall be filed and served by no later than

11 __March 12__, 2013.

12 **IT IS SO ORDERED**:

13 Dated: __2/27/2013__             _____

14                                     THE HONORABLE EDWARD J. DAVILA
                                    Judge of the United States District Court

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ORDER
SHORTENING TIME FOR HEARING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER