1  KAMALA D. HARRIS
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  SAHAR NAYERI
   Deputy Attorney General
4  State Bar No. 275246
    455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
    Telephone: (415) 703-5337
6   Fax: (415) 703-1234
    E-mail: Sahar.Nayeri@doj.ca.gov
7  *Attorneys for Defendants*
   *A. Hedgpeth, B. Hedrick, and D. Spencer*
8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| **DANIEL AGER, individually and as a Successor in Interest to the Estate of Alan Ager, Kathryn Ager and Elizabeth Ager,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY HEDGPETH, ET AL.,**<br><br>Defendants. | C 11-6642 EJD<br><br>STIPULATION EXTENDING DEADLINE FOR DISPOSITIVE MOTION; [PROPOSED] ORDER<br><br>Judge: The Honorable Edward J. Davila<br>Action Filed: December 23, 2011 |

   On February 22, 2013, Plaintiffs moved to modify the Court's Scheduling Order to change the current deadline for filing a dispositive motion from March 1, 2013 to May 3, 2013. In light of Plaintiffs' pending motion, the parties stipulate and respectfully request under Northern District Civil Local Rule 6-2 that the Court extend the current March 1, 2013 deadline for a dispositive motion to seven days after rules on Plaintiffs' motion, if Plaintiffs' motion is denied.

   As discussed in detail in counsel's accompanying declaration, filing a dispositive motion by March 1, 2013 will be highly prejudicial to Defendants because it is currently unclear whether Plaintiffs will have an opportunity to amend their complaint and what issues Defendants need to

1

Stip. Ext. Deadline; Prop. Order (C 11-6642 EJD)

address in their dispositive motion. Without this information, Defendants cannot properly address Plaintiffs' claims and allegations.

In light of the foregoing, the parties jointly request that the current March 1, 2013 deadline for filing a dispositive motion be changed to seven days after the Court rules on Plaintiffs' motion to modify in the event that the motion is denied, and the Scheduling Order remains unchanged.

Dated: March 1, 2013

/s/ John Houston Scott
John Houston Scott
Counsel for Plaintiffs Daniel Ager, Kathryn Ager, and Elizabeth Ager

Dated: March 1, 2013

/s/ Sahar Nayeri
Sahar Nayeri
Deputy Attorney General
Counsel for Defendants A. Hedgpeth, B. Hedrick, and D. Spencer

Per the parties' stipulation, IT IS SO ORDERED.

Dated: 3/4/2013

Honorable Edward J. Davila
United States District Judge

SF2012401126
20674506.doc

2

Stip. Ext. Deadline; Prop. Order (C 11-6642 EJD)

# CERTIFICATE OF SERVICE

Case Name:   <u>D. Ager v. Hedgpeth, et al.</u>          No.   <u>C 11-6642 EJD</u>

I hereby certify that on <u>March 1, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION EXTENDING DEADLINE FOR DISPOSITIVE MOTION; [PROPOSED] ORDER**

**DECLARATION OF S. NAYERI SUPPORTING STIPULATION EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 1, 2013</u>, at San Francisco, California.

| M. Luna | /s/ M. Luna |
|---|---|
| Declarant | Signature |

20675609.doc