UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL AGER, individually and as a Successor in Interest to the ESTATE OF ALAN AGER, KATHRYN AGER and ELIZABETH AGER,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY HEDGEPATH, et al.,<br><br>Defendants. | Case No.: 5:11-CV-06642-EJD<br><br>**JUDGMENT** |

Defendants' Motion for Summary Judgment having been granted, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants.

The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:11-CV-06642-EJD
JUDGMENT